Robert W. JOHNSON, Plaintiff–
Appellant,

v.

Jay VANNOY; David B. Freedman;
Tom E. Horne; Leigh C. Bricker,
Defendants–Appellees.

No. 14–7712.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 2, 2015.

Robert W. Johnson, Appellant Pro Se.

Before NIEMEYER, KING, and
THACKER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Robert W. Johnson seeks to appeal the
district court's order dismissing as frivo-
lous his 42 U.S.C. § 1983 (2012) complaint
under 28 U.S.C. § 1915(e)(2)(B) (2012).
We dismiss the appeal for lack of jurisdic-
tion because the notice of appeal was not
timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).

"[T]he timely filing of a notice of appeal in
a civil case is a jurisdictional requirement."
*Bowles v. Russell,* 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on September 29, 2014. The
notice of appeal was filed on November 13,
2014. *See Houston v. Lack,* 487 U.S. 266,
276, 108 S.Ct. 2379, 101 L.Ed.2d 245
(1988). Because Johnson failed to file a
timely notice of appeal or to obtain an
extension or reopening of the appeal peri-
od, we dismiss the appeal. We also deny
Johnson's motion for appointment of coun-
sel. We dispense with oral argument be-
cause the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*DISMISSED.*